UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FRANCESCA WILLIAMS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-815** |
| **SOUTHERN FIDELITY INSURANCE COMPANY** | **SECTION "E" (5)** |

# ORDER

On March 29, 2022, Defendant Southern Fidelity Insurance Company removed this case from the Civil District Court for the Parish of Orleans, State of Louisiana.[1] On January 6, 2023, the Court stayed and administratively closed the action until the stay of proceedings against Defendant has been lifted.[2] On March 6, 2023, Plaintiff Francesca Williams moved to reopen the case to add Louisiana Insurance Guaranty Association ("LIGA") as a defendant.[3] Receiving no opposition from Defendant, the Court reopened the case on March 22, 2023.[4] On March 24, 2023, Plaintiff filed an unopposed motion for leave to file an amended complaint, adding LIGA as a defendant.[5] The Court granted Plaintiff's motion on March 27, 2023,[6] and Plaintiff filed the amended complaint into the record.[7] Defendant LIGA filed an answer on April 26, 2023.[8]

The Court lacks subject matter jurisdiction in this matter. "[T]he Court must remand the case to state court if at any time before the final judgment it appears that it lacks subject matter jurisdiction."[9] "For diversity jurisdiction to exist, the amount in

---

[1] R. Doc. 2.
[2] R. Doc. 17.
[3] R. Doc. 19.
[4] R. Doc. 21.
[5] R. Doc. 24.
[6] R. Doc. 26.
[7] R. Doc. 27.
[8] R. Doc. 29.
[9] *Francis v. S. Fid. Ins. Co.*, No. 22-763, 2023 WL 2674709, at *1 (E.D. La. Mar. 29, 2023).

controversy must exceed $75,000, and there must be complete diversity between plaintiffs and defendants."[10] Plaintiff is a Louisiana citizen.[11] "LIGA is an unincorporated association and 'has the citizenship for diversity purposes of each of its constituent member insurers."[12] Accordingly, the parties lack complete diversity, and remand is proper.[13]

**IT IS ORDERED** that this action is hereby **REMANDED** to the Civil District Court for the Parish of Orleans, State of Louisiana.

**New Orleans, Louisiana, this 3rd day of May, 2023.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[10] *Id.*
[11] R. Doc. 2 at p. 4.
[12] *Francis*, No. 22-763, 2023 WL 2674709, at *1.
[13] *Id.* ("Multiple sections of this Court have remanded cases because LIGA has constituent member insurers based in Louisiana."); *see also Soza v. S. Fid. Ins.Co.*, No. 22-985, 2023 WL 315948, at *1 n.3 (E.D. La. Jan. 19, 2023); *14th St. Properties, LLC v. S. Fid. Ins. Co.*, No. 22-1593, 2023 WL 416317, at *1 (E.D. La. Jan. 26, 2023).